**Franklin Delynn MEADERS, Plaintiff–Appellant,**

v.

**Randall LEE; J. Boyd Bennett; Theodis Beck; Jane Doe; Mr. White, Defendants–Appellees.**

No. 04–7027.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 14, 2004.

Decided Oct. 21, 2004.

Franklin Delynn Meaders, Appellant pro se.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Franklin Delynn Meaders appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Meaders v. Lee*, No. CA–03–880–5–CT–H (E.D.N.C. May 3, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*